## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>*ex rel.* NORMAN RILLE and NEAL  )<br>ROBERTS,  )<br>       )<br>        Plaintiff,  )<br>       )<br>   vs.  )<br>       )<br>EMC CORPORATION  )<br>       )<br>        Defendant.  )<br>       ) | Case No. 4:04CV00984-WRW |

## AMENDED ORDER

In a May 19, 2006, Motion (Doc. No. 131), Defendant requested permission to file a reply brief in connection with both Defendant's Motion to Dismiss Counts 1 through IV[1] and Defendant's Motion to Transfer Venue.[2] Defendant must file any reply brief by 5:00 p.m. on Friday, May 29, 2009, and must limit each reply brief to ten pages.

IT IS SO ORDERED this 21st day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 122.

[2] Doc. No. 118.