**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 1, 2009**

| | |
|---|---|
| Mr. Craig H. Johnson<br>Mr. Lon Packard<br>Packard, Packard & Johnson<br>2825 Cottonwood Parkway<br>Suite 500<br>Salt Lake City, UT 84121 | Ms. Shirley Jones<br>Mr. Stephen Engstrom<br>Wilson, Engstrom, Corum & Coulter<br>Post Office Box 71<br>Little Rock, AR 72203-0071 |
| Mr. Daniel Fruchter<br>Mr. Daniel Packard<br>Mr. Philip Favro<br>Mr. Ronald Packard<br>Mr. Von Packard<br>Packard, Packard & Johnson<br>Four Main Street<br>Suite 200<br>Los Altos, CA 94022 | Mr. Jeffrey Wexler<br>Mr. Michael Bierman<br>Luce, Forward, Hamilton & Scripps<br>601 South Figueroa<br>Suite 3900<br>Los Angeles, CA 90017<br><br>Ms. Patricia Davis<br>U.S. Department of Justice<br>601 D. Street, NW - Room 9154<br>Washington, DC 20004 |
| Mr. Brent Young<br>Mr. Donald Williamson<br>Mr. Jordan Strauss<br>U.S. Department of Justice<br>Ben Franklin Station<br>Post Office Box 261<br>Washington, DC 20044 | Ms. Shannon Smith<br>U.S. Attorney's Office<br>Eastern District of Arkansas<br>P.O. Box 1229<br>Little Rock, AR 72203-2730 |

      Re:    *United States, ex rel. Norman Rille, et al. v. EMC Corporation,* 4:04-CV-00984-WRW

Dear Counsel:

I am all bowed up to grant Defendant's Motion to Transfer Venue, but will give you a chance to argufy me out of this position if you want a telephone conference.

Don't be optimistic -- I just want to make sure I've heard you out on this point.

Please notify Ms. Gilbert (genoveva_gilbert@ared.uscourts.gov) at my office by 5:00 p.m. tomorrow if you want a telephone conference.

                                                              Cordially,

                                                             /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
   cc:      Other Counsel of Record